IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH McDEVITT,<br><br>            Plaintiff,<br><br>    v.<br><br>BOROUGH OF CLEMENTON, et al.,<br><br>            Defendants. | Civil No. 18-17092 (JHR/AMD) |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on January 5, 2021; and the Court noting the following appearances: Ari R. Karpf, Esquire, appearing on behalf of Plaintiff; Michael V. Madden, Esquire, appearing on behalf of the Borough of Clementon and Defendants Armbruster, Weaver, and Fisher; James Birchmeier, Esquire, and Allan Richardson, Esquire, appearing on behalf of Defendant Grover; Daniel Long, Esquire, appearing for Defendant Freiling; and John Grady, Esquire, appearing for Defendant Johnson; and good cause appearing for the entry of the within Order:

IT IS on this **6th** day of **January 2021**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **February 11, 2021 at 12:00 P.M.** Counsel shall utilize the following dial-in instructions for the conference call: 1-888-684-8852 / 2828702# / 654321#.

2. Pretrial factual discovery is hereby extended to **April 1, 2021**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

3. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

4. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Plaintiff shall be served upon counsel for Defendants not later than **April 28, 2021**. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Defendants shall be served upon counsel for Plaintiff not later than **May 28, 2021**. Each such report should be accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **June 30, 2021**.

For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment. However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition shall be considered an expert subject to the requirement of Fed. R. Civ. P. 26(a)(2)(B).

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to Fed. R. Evid. 701 and *Teen-Ed v. Kimball International, Inc.*, 620 F.2d 399 (3d Cir. 1980).

5. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 23, 2021**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application.

The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. **16(f).**

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph H. Rodriguez